FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 99-111-DOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. ) | |
| TRAYVEON CHOICE ) | |
| Defendant. ) | |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The Court concludes that :

A. ( )✓ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Continued Criminal Activity_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Failures to Appear or Comply w/USPO_

IT IS ORDERED that defendant be detained.

DATE: 6/3, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2