O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACR 99-111 DOC |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| TRAYVEON CHOYCE, | |
| Defendant. | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

1   B.      (X)     The defendant has not met his burden of establishing by clear and convincing

2                   evidence that he is not likely to pose a danger to the safety of any other person

3                   or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

4                   is based on the nature of the charged offense and defendant's criminal history.

5

6           IT THEREFORE IS ORDERED that the defendant be detained pending the further

7   revocation proceedings.

8

9

10  Dated: August 8, 2014

11                                          _____/s/_____Arthur Nakazato_____
                                            ARTHUR NAKAZATO
12                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28